675 A.2d 1212

Michael D. BOWMAN, Petitioner,

v.

DEPARTMENT OF ENVIRONMENTAL
RESOURCES, Respondent.

Supreme Court of Pennsylvania.

May 20, 1996.

Jeffrey C. Dohrmann, Williamsport, for petitioner.

*ORDER*

PER CURIAM:

And now, this 20th day of May, 1996, the Petition for Allowance of Appeal is **GRANTED, BUT LIMITED** to the following issue:

Whether the Commonwealth Court exceeded its scope of review by substituting its own belief as to how much weight certain facts should be given rather than determining whether substantial evidence supported the findings of the State Civil Service Commission.

NEWMAN, J., did not participate in the consideration or decision of this matter.